UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

OSNY HERNANDEZ-BANEGAS,

        Defendant.
_____/         **INDICTMENT**

The Grand Jury charges:

**Alien Reentry**

On or about May 11, 2024, in Kent County, in the Western District of Michigan, Southern Division,

OSNY HERNANDEZ-BANEGAS,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

        A TRUE BILL

        [ /s/ Redacted ]
        _____
        GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_/s/ Donald Daniels_____
DONALD DANIELS
Assistant United States Attorney